

# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Timothy Jones

325 Laurel Ave Apt 105

St. Paul, MN 55102

v.

(Full name of defendant(s))

Froedtert Hospital

9200 N. 92nd St

Milwaukee WI. 53226

Case Number:

**24-CV-460**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Minnesota__ and resides at
   (State)

   325 Laurel Ave Apt 105 St. Paul, MN. 55102
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant ____N/A____
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at  9200 W. Wisconsin Ave
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Froedtert Hospital - Nurse and Aide Assisted Refuse to work with brother - Contacting others while Asking for my Consent Charge Nurse and Case worker Refuse Accept or Help Family with Treatment plan, Family Address The Nurse and Aide of Concern of patient Continue to be Thirty and needed water, Charge Nurse and Nurse and Nurse Aide and Case worker Refuse to Let The Family Talk to a doctor, Case worker Continue to Threatern Family about His medicare and we don't have He's medicare and we need to call Illinios, or Milwaukee WI. In order to continue to Help Him, when I give Her His documents and cards.

Complaint – 2

# Complaint Form
## By Timothy Jones

Froedtart Hospital - Refuse to give Family - patient Arrive Sheet, Dates, And Times, charge Nurse, Nurse, case worker

Froedtart Hospital - charge Nurse and Aides, security - Refuse to give family patient personal property state They don't Have It, After family check His clothing Again family The keys To His Apartment was There, A week Later Security came with His property, After checking His property. His E.B.t & Bank card was Sabotage. By Froedtart Hospital Security And the F.B.I. And Tim Jones Brother of christopher Jones who is The patient The patient of Froedtart Hospital, Tim Jones was not Able to pay His brother Rent Because of This.

Froedtart Hospital - Refuse to call or work with Family on Medicare. After family summited 2 medicare cards, From Wisconsin And papers From Illinois. charge Nurse, And case worker state you do This.

Froedtart Hospital - Refuse to work with Family members for treatment plan and short term Rehab. A The case worker of Froedtart. At The Family Request

Froedtart Hospital - Ref Nurses, charge Nurse, case worker Refuse to give family and consent form for what there Asking Do to The patient At This point.

Froedtart Hospital - Refuse to let Family member talk to The Docter

Froedtart Hospital - charge Nurse, Nurse Aide, Nurse, Family Continue to be Concern That the patient was Always Thirsty And Health Deteriorating. more After visits

Page 1

Froedtart Hospital - charge Nurse, case worker - Refuse to Summit Return form that was giving to Nurse charge, And case worker to Have The doctor fill out for guardianship

Froedtart Hospital - charge nurse, case worker Refuse to give Family member complaint forms. And Also security, Just giving family members False numbers That doesn't work.

Froedtart Hospital - Refuse to Let Family member see His Brother

Froedtart Hospital - Refuse to Return Family member calls After security say He Has to check in with Them First, Case worker, charge Nurse, And security never Return my calls

Froedtart Hospital - Nurse charge, Nurse, Aide Nurse, Case worker, Has been working Hand and Hand with the F.B.I to Sabotage patient Finance and treatment plan to Alternate His Ability to Return Home to stay with Family or Short Term Rehab F.B.I who Has been Harass and Deprive patients brother for years Are Now mistreat The patients No Rights

Froedtart Hospital - giving Family False police Name on Incident Report - Milwaukee police Department never came to the Hospital to Talk to The Family, police milwaukee WI, Stated They never got A police Report or know the Names of officers on the Scene. By The charge Nurse, Case worker of froedtrart Hospital And The 7th District police station of Milwaukee WI. And other police station Regarding property & Incident.
page 2

E. JURY DEMAND

I want a jury to hear my case.

☑ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __8th__ day of __April__ 20__24__.

Respectfully Submitted,

*Timothy Jones*
Signature of Plaintiff

612-220-7994
Plaintiff's Telephone Number

timtj00010@gmail.com
Plaintiff's Email Address

N/A

325 Laurel Ave Apt 105 St. Paul, MN 55102
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5
Case 2:24-cv-00460-LA    Filed 04/17/24    Page 5 of 5    Document 1